LANCE A. ETCHEVERRY (SBN 199916)
lance.etcheverry@skadden.com
CAROLINE VAN NESS (SBN 281675)
caroline.vanness@skadden.com
MICHAEL C. MINAHAN (SBN 311873)
michael.minahan@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1400
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570

JOHN BEISNER (SBN 81571)
john.beisner@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue N.W.
Washington, D.C. 20005
Telephone: (202) 371-7000
Facsimile: (202) 393-5760

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMTIN ZAKIKHANI, et al., <br><br> Plaintiffs, <br><br> v. <br><br> HYUNDAI MOTOR COMPANY, et al., <br><br> Defendants. | Case No.: 8:20-cv-01584-SB-JDE <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

| | |
|---|---|
| 1 | IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Kericha Kennedy ("Kennedy") and Defendants Hyundai Motor Company, Hyundai Motor America, Kia Corporation, and Kia America, Inc. ("Defendants"), through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Kennedy's claims in the above-captioned consolidated action are voluntarily dismissed WITH PREJUDICE. Kennedy and Defendants are to bear their own costs and attorneys' fees. |

Dated: October 12, 2022        By:   /s/ *Lance A. Etcheverry*

    Lance A. Etcheverry (SBN 199916)
    lance.etcheverry@skadden.com
    Caroline Van Ness (SBN 281675)
    caroline.vanness@skadden.com
    Michael C. Minahan (SBN 311873)
    michael.minahan@skadden.com
    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
    525 University Avenue, Suite 1400
    Palo Alto, California 94301
    Telephone: (650) 470-4500
    Facsimile: (650) 470-4570

    John Beisner (SBN 81571)
    john.beisner@skadden.com
    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
    1440 New York Avenue N.W.
    Washington, D.C. 20005
    Telephone: (202) 371-7000
    Facsimile: (202) 393-5760

    *Attorneys for Defendants*

Dated: October 12, 2022        By:   /s/ *Thomas E. Loeser*

    Steve W. Berman (*pro hac vice*)
    steve@hbsslaw.com
    Thomas E. Loeser (SBN 202724)
    toml@hbsslaw.com
    HAGENS BERMAN SOBOL SHAPIRO LLP
    1301 Second Avenue, Suite 2000

Seattle, WA 98101
Phone: (206) 623-7292
Fax: (206) 623-0594

Christopher R. Pitoun
christopher@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
301 N. Lake Avenue, Suite 920
Pasadena, CA 91101
Phone: (213) 330-7150
Fax: (213) 330-7152

*Attorneys for Plaintiff Kericha Kennedy*

## ATTESTATION OF E-FILED SIGNATURE

I, Lance A. Etcheverry, attest that the signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

/s/ Lance A. Etcheverry