Elizabeth A. Fegan (*pro hac vice*)
beth@feganscott.com
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
Telephone: 312.741.1019
Facsimile: 312.264.0100

Steve W. Berman (*pro hac vice*)
steve@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAMTIN ZAKIKHANI, KIMBERLY ELZINGA, THEODORE MADDOX JR., MICHAEL SUMMA, JACQUELINE WASHINGTON, PATTI TALLEY, ANA OLACIREGUI, ELAINE PEACOCK, MELODY IRISH, and DONNA TINSLEY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HYUNDAI MOTOR COMPANY, HYUNDAI MOTOR AMERICA, KIA CORPORATION, and KIA AMERICA, INC.,<br><br>Defendants. | Case No.:   8:20-cv-01584-SB-JDE<br><br>**PLAINTIFFS' NOTICE OF FULLY EXECUTED AMENDED SETTLEMENT AGREEMENT**<br><br>Judge: Hon. Stanley Blumenfeld, Jr.<br>Date:    September 23, 2022<br>Time: 8:30 a.m.<br>Courtroom:  6A |

| | |
|---|---|
| 1 | Plaintiffs, with the consent of Defendants, respectfully submit the fully executed Hyundai and Kia ABS Module Litigation Amended Settlement Agreement ("Amended Agreement"), and respective exhibits, dated October 17, 2022 (attached hereto as Exhibit 1).  As stated in Plaintiff's October 17, 2022 notice (Dkt. 129), the attached Amended Agreement includes the Class Representatives' signatures and is fully executed by all parties. |

Dated:  October 21, 2022          By:  /s/  Elizabeth A. Fegan
                                                                  Elizabeth A. Fegan (*pro hac vice*)
                                                                  FEGAN SCOTT LLC
                                                                  150 S. Wacker Dr., 24th Floor
                                                                  Chicago, IL 60606
                                                                  Phone: 312.741.1019
                                                                  Fax: 312.264.0100
                                                                  beth@feganscott.com

                                                                  Jonathan D. Lindenfeld (*pro hac vice*)
                                                                  FEGAN SCOTT LLC
                                                                  140 Broadway, 46th Floor
                                                                  New York, NY 10005
                                                                  Phone: 332.216.2101
                                                                  Fax: 312.264.0100
                                                                  jonathan@feganscott.com

                                                                  Steve W. Berman (*pro hac vice*)
                                                                  Thomas E. Loeser (SBN 202724)
                                                                  HAGENS BERMAN SOBOL SHAPIRO LLP
                                                                  1301 Second Avenue, Suite 2000
                                                                  Seattle, WA  98101
                                                                  Telephone:  (206) 623-7292
                                                                  E-mail: steve@hbsslaw.com
                                                                  E-mail: toml@hbsslaw.com

                                                                  Rachel E. Fitzpatrick (*pro hac vice*)
                                                                  HAGENS BERMAN SOBOL SHAPIRO LLP
                                                                  11 West Jefferson Street, Suite 1000
                                                                  Phoenix, AZ  85003
                                                                  (602) 840-5900

E-mail: rachelf@hbsslaw.com

Jonathan M. Jagher (*pro hac vice*)
FREED KANNER LONDON & MILLEN LLC
923 Fayette Street
Conshohocken, PA 19428
Telephone: (610) 234-6487
E-mail: jjagher@fklmlaw.com

Brian M. Hogen (*pro hac vice*)
FREED KANNER LONDON & MILLEN LLC
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Telephone: (224) 632-4500
E-mail: bhogan@fklmlaw.com

Katrina Carroll (*pro hac vice*)
111 W. Washington Street, Suite 1240
Chicago, IL 60602
Telephone: (312) 750-1265
E-mail: katrina@lcllp.com

Todd D. Carpenter
Lynch Carpenter LLP
1350 Columbia Street, Suite 603
San Diego, CA 92101
Telephone: (619) 762-1910
E-mail: todd@lcllp.com

Jennifer A. Lenze, CA Bar # 246858
LENZE LAWYERS, PLC.
1300 Highland Avenue, Suite 207
Manhattan Beach, CA 90266
Telephone: (310) 322-8800
Facsimile: (310) 322-8811
jlenze@lenzelawyers.com

J. Barton Goplerud (*pro hac vice*)
SHINDLER, ANDERSON, GOPLERUD & WEESE PC
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265
Telephone: (515) 223-4567
E-mail: goplerud@sagwlaw.com

|  |  |
|---|---|
| 1 | Rosemary M. Rivas |
| 2 | David Stein |
|   | Rosanne L. Mah |
| 3 | GIBBS LAW GROUP LLP |
|   | 505 14th Street, Suite 1110 |
| 4 | Oakland, CA 94612 |
|   | Telephone: (510) 350-9700 |
| 5 | Facsimile: (510) 350-9701 |
| 6 | rmr@classlawgroup.com |
|   | ds@classlawgroup.com |
| 7 | rlm@classlawgroup.com |
| 8 | *Attorneys for Plaintiffs* |