UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | 8:20-cv-01584-SB-JDE | Date: | April 21, 2023 |
|---|---|---|---|

| Title: | *Ramtin Zakikhani et al. v. Hyundai Motor Company et al.* |
|---|---|

| Present: The Honorable | **STANLEY BLUMENFELD, JR., U.S. District Judge** |
|---|---|

| Jennifer Graciano | Wil Willcox |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Defendant(s): | Attorney(s) Present for Plaintiff(s): |
|---|---|
| Lance Etcheverry | Rachel Fitzpatrick; Jonathan Lindenfeld |

**Proceedings:** [Minutes of] Motion for Final Approval of Class Action Settlement (Dkt. No. 133) and Motion for Attorneys' Fees, Costs, and Service Awards (Dkt. No. 134) (Held and Completed)

Case called and appearances made. Also present are pro se objector Walter Leen and Paul Rothstein and Jeffrey Spitz on behalf of objector Michael Graham. The Court hears from the parties and the objectors on both motions. The Court takes the matter under submission.

The parties are ordered to file declarations from the Settlement Administrators no later than April 25, 2023 with additional information as discussed on the record.

:<u>59</u>